RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/16/15
BY Dm

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROGERS V. ATKINS<br>    LA. DOC #101861<br>VS. | CIVIL ACTION NO. 3:13-cv-1917<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* (28 U.S.C. §2254) be deemed successive and **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 16 day of January, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE